# LUCIAN T. PERA

Brinkley Plaza
80 Monroe Avenue, Suite 700
Memphis, Tennessee 38103-2467
(901) 524-4948 (direct)
(901) 522-0201 (telecopier)
Email: Lucian.Pera@arlaw.com

1741 Carr Avenue
Memphis, Tennessee 38104-5129
(901) 272-2975

Member, Adams and Reese, LLP, Memphis, Tennessee, May 2006 to Present.

Member, Armstrong Allen, PLLC, Memphis, Tennessee, 1994 to April 2006. Associate, 1986 to 1993.

Law Clerk, Judge Harry W. Wellford, U.S. Court of Appeals for the Sixth Circuit, Memphis, Tennessee, 1985 to 1986.

Licensed to Practice Law, State of Tennessee. Admitted to practice before all Tennessee courts, U.S. District Court for the Western District of Tennessee, U.S. District Court for the Middle District of Tennessee, U.S. District Court for the Eastern District of Arkansas, and the U.S. Court of Appeals for the Sixth Circuit.

Civil Mediator, Certified by Tennessee Supreme Court Under Tennessee Supreme Court Rule 31, 1997, to present; Member, Mediation Panel, U.S. District Court for the Western District of Tennessee, April 1998 to present.

## Education

Vanderbilt University School of Law                                             1985

> Juris Doctor. Academic standing, top one-quarter. American Jurisprudence Award, Secured Transactions. Articles/Symposium Editor, *Vanderbilt Journal of Transnational Law* (Symposium: *Advising the Foreign Investor in the Southeastern United States*, 18 VAND. J. TRANSNAT'L L. 191-480 (1985)).

Princeton University                                                           1982

> Bachelor of Arts, with honors, History. Senior thesis: *Arthur Krock and the New Deal: A Study of the Press and Policymaking*. Contributing Editor, *The Daily Princetonian*. Executive Vice President, Moderator, Producer, and various other positions, Focus On Youth Network, Inc. (student-organized and -operated



EXHIBIT
a

**Education** (*cont.*)

Princeton University *(cont.)*

> network producing and distributing nationally two weekly
> public affairs radio programs to over 450 commercial stations).

Christian Brothers High School,                                   1978
 Memphis, Tennessee


**Professional Activities**

American Bar Association

    House of Delegates
        Tennessee Bar Association Delegate       2000 to 2008
                                                      1991 to 1994
        Member, Board of Governors           1994 to 1997

    Section of Business Law
        Committee on Professional Conduct
            Chair                                  2005 to 2007
            Co-Chair                          2004 to 2005
        Member, Council                     2004 to 2007

    Standing Committee on Technology and Information Systems
        Chair                                  2006 to 2007
        Member                              2003 to 2007

    Joint Committee on Lawyer Regulation         2005 to 2007

    ABA National Conference on Professional Responsibility Member
        Planning Committee                   2005 to 2007

    Center for Professional Responsibility-Section Officers Conference
        Joint Committee on Ethics and Professionalism
        Representative of ABA Business Law Section   2004 to 2007

    Standing Committee on Ethics and Professional Responsibility
        Liaison from Section of Business Law      2004 to 2007

2

**Professional Activities** *(cont.)*

American Bar Association *(cont.)*

> *ABA/BNA Lawyers' Manual on Professional Responsibility*
> Member, Editorial Board      2000 to 2007
> Chair, Editorial Board      2002 to 2004

> Section of Intellectual Property Law
> Member, Task Force on Proposed U.S. Patent and
>      Trademark Office Professional Conduct Rules      2004

> Coordinating Council of the Center For Professional Responsibility      2002 to 2004

> Special Commission on the Evaluation of the
>      Rules of Professional Conduct ("Ethics 2000")      1997 to 2002

> Commission on Multijurisdictional Practice
> Liaison from Ethics 2000      2000 to 2002

> Board of Governors
> Young Lawyer Member-at-Large      1994 to 1997
> Executive Committee      1996 to 1997
> Finance Committee
>      Chair (1st young lawyer Committee chair)      1996 to 1997
>      Vice Chair      1995 to 1996
>      Liaison, *ABA Journal*      1995 to 1997
>      Member      1994 to 1995
> Member, Board committees on law school accreditation,
>      technology, and Lawyers Communication Network
>      (satellite television CLE network)      1995 to 1997
> Member, Board working groups on technology
>      and *ABA Journal* financial reform      1994 to 1995

> Standing Committee on Membership
> Young Lawyers Division Liaison      1992 to 1994

> Young Lawyers Division
> Cabinet & Executive Council      1991 to 1997
>      1988 to 1990
> Liaison Coordinator      1993 to 1994
> Director      1992 to 1993

**Professional Activities** *(cont.)*

American Bar Association *(cont.)*
      Young Lawyers Division *(cont.)*

|  |  |
|---|---|
| Nashville AOP Conference (Fall 1993) | |
| Host Committee | 1992 to 1993 |
| Budget Director | 1991 to 1992 |
| AOP Affiliate Assistance Program | 1990 to 1991 |
| Task Force on Membership | 1989 to 1991 |
| Publications Committee | 1988 to 1991 |
| Communications Director | 1988 to 1990 |
| *Barrister* Magazine | |
| Board of Editors | 1988 to 1990 |
| Tennessee Membership Chair | 1988 to 1989 |
| Memphis AOP Conference (Spring 1989) | |
| Host Committee | 1988 to 1989 |

    Member:  Sections of Litigation, Law Practice Management; Forum Committee on Communications Law; Center for Professional Responsibility (charter member).

American Law Institute
    Member                                     2002 to present

American Bar Foundation
    Fellow                                        2003 to present

Association of Professional Responsibility Lawyers

|  |  |
|---|---|
| Treasurer | 2006 to 2007 |
| Board of Directors | 2004 to 2007 |
| Public Statements Committee | 2004 to 2006 |
| Charter Member | 1990 to present |

Media Law Resource Center
    Chair, Ethics Committee, Defense Counsel Section       2004 to 2007

**Professional Activities** *(cont.)*

Tennessee Bar Association

> Standing Committee on Ethics and Professional Responsibility
> (formerly known as the Committee for the Study of
> Standards of Professional Conduct)
> Chair                             2000 to 2007
> Vice Chair                     1995 to 2000
>
> *TBALink* (TBA World Wide Web site)
> Member, Editorial Board          1995 to 2007
> Chair, Editorial Board            1998 to 2001
>
> *Tennessee Bar Journal*
> Editorial Board                     1990 to 2004
>
> President's Award                        2003
>
> Secretary                             1999 to 2000
>
> President's Award                        2000
>
> Board of Governors
> Member                           1999 to 2000
>                                 1992 to 1994
> Associate General Counsel for Western Tennessee    1998 to 1999
>
> Law Office Technology and Management Section
> Secretary-Treasurer              1994 to 1998
> Board of Directors               1994 to 1998
>
> Chair's Distinguished Service Award      1996
>
> Commission on Women and Minorities in the Profession
> (ABA YLD Award of Achievement, 1993)
> Founder and Member            1992 to 1997
>
> Standing Committee on Publications       1995 to 1997
>
> Judiciary Committee                 1995 to 1997

**Professional Activities** *(cont.)*

Tennessee Bar Association *(cont.)*

| | |
|---|---|
| President-Elect's Advisory Committee (formerly Vice President's Advisory Committee) | 1993 to 1995 |
| Litigation Section | |
|     Board of Directors | 1988 to 1993 |
| Long Range Planning Committee | 1990 to 1992 |
| Continuing Legal Education Committee | 1988 to 1990 |
| Young Lawyers Division (formerly the Tennessee Young Lawyers Conference) | |
|     Immediate Past President | 1994 to 1995 |
|     President | 1993 to 1994 |
|     Board of Directors | 1987 to 1995 |
|     TBA YLD Commission on Women and Minorities in the Profession (ABA YLD Award of Achievement, 1993) | |
|         Founder and Member | 1992 to 1995 |
|     President-Elect | 1992 to 1993 |
|     Moving Vice President | 1991 to 1992 |
|         Member | 1990 to 1993 |
|     Long Range Planning Committee | |
|         Chair | 1991 to 1992 |
|     *Tennessee Ethics Handbook* (ABA YLD Award of Achievement, 1991) | |
|         Editor-in-Chief | 1989 to present |
|     *Tennessee Local Rules of Court* (ABA YLD Award of Achievement, 1993) | |
|         Editor-in-Chief | 1990 to 1995 |
|     Southern Regional Affiliate Conference | |
|         Co-Founder and Chair | 1991 to 1992 |
|     Treasurer | 1990 to 1991 |
|     Trial Practice Institute (ABA YLD Award of Achievement, 1990) | |
|         Founding Chair | 1989 to 1990 |
|     Secretary | 1988 to 1990 |
|     Member Benefit Projects (including CLE) | |
|         Chair | 1988 to 1989 |
|     Executive Council Coordinator | 1987 to 1988 |

6

**Professional Activities** *(cont.)*

| | |
|---|---|
| Tennessee Bar Foundation | |
|     Member | 1996 to present |
|     Oral History Committee | 1998 to 2000 |
| | |
| Fellows of the Tennessee Bar Association Young Lawyers Division | |
|     President | 2003 to 2004 |
|     President-Elect | 2002 to 2003 |
|     Member | 1996 to present |
| | |
| Federal Bar Association | |
|     Memphis Mid-South Chapter | |
|         Monthly Program Chairman | 1986 to 1987 |
|     Board of Directors | 1986 to 1987 |
|     Host Committee, 1987 Annual Convention | |
|       (Memphis, Tennessee) | 1986 to 1987 |
| | |
| Memphis Bar Association | |
|     Continuing Legal Education Committee | |
|         Chair | 1991 |
|         Vice-Chair | 1990 |
|         Member | 1998, 1990 to 1991 |
|     Long Range Planning Committee | 1997 to 1998 |
|     Counsel, regularly represent MBA in several proceedings before Presiding Judge to have attorneys appointed pursuant to § 22.1, Tenn. Rules Disc. Enforcement, Tenn. Sup. Ct. R. 9, to inventory files and contact clients of suspended or disbarred local attorneys. | 1992 to present |
|     Public Relations Committee | 1987 to 1989 |
|         Vice-Chair | 1989 |
| | |
| *ABA/BNA Lawyers' Manual on Professional Responsibility* | |
|     Chair, Editorial Board | 2002 to 2004 |
|     Member, Editorial Board | 2000 to 2007 |
| | |
| Open Government (2006 Public Chapter 887) Joint Study Committee | |
|     Tennessee General Assembly Member (representing Society of Professional Journalists) | 2006 to 2007 |

**Professional Activities** *(cont.)*

West Group Tennessee Editorial Advisory Board
    Member                                                    1997 to 1998

University of Memphis School of Law
    Adjunct Professor                                      1988 to 1989

Member: ABA Center for Professional Responsibility (charter member); Defense Counsel Section, Media Law Resource Center (formerly "Libel Defense Resource Center"); American Society of Writers on Legal Subjects; American Counsel Association; Tennessee Lawyers Association for Women; Association for Women Attorneys (Memphis).


**Honors and Awards**

Listed and identified as one of Top 100 in Tennessee, "*Mid-South SuperLawyers*" (Dec. 2007).

Listed under *Business Litigation* in "150 Best Lawyers," *Business Tennessee* (2006 and 2007).

*The Best Lawyers in America*, First Amendment Law (2004 to present).

President's Award, Tennessee Bar Association (2003 and 2000).

Member, American Law Institute (2002 to present).

Fellow, American Bar Foundation (2003 to present).

Fellow, Tennessee Bar Foundation (1996 to present).

Sam A. Myar, Jr. Memorial Award, Memphis Bar Association (1997).

Member, Fellows of the American Bar Association Young Lawyers Division (1997 to present; Member, ex officio, Board of Directors, 1994 to 1997).

Member, Fellows of the Tennessee Bar Association Young Lawyers Division (1996 to  present).

Justice Joseph W. Henry Award for Outstanding Legal Writing in the *Tennessee Bar Journal*, Tennessee Bar Association (1992).

*Who's Who in American Law* (1992 to present).

8

**Honors and Awards** *(cont.)*

President's Distinguished Service Award, Tennessee Bar Association Young Lawyers
Conference (1990).

**Publications**

Author, "In Search of an Ethics Guide," *Business Law Today* (November/December 2006).

Author, "The Ethics Nerd's Guide to the Media Lawyer's Ethics Library," *MediaLawLetter* (June
2006).

Co-Author, "First Amendment Earthquake: Can the Tennessee Supreme Court Retrofit Our
Judicial Speech Rules?", *Tenn. Bar Journal*, June 2006 (co-authored with Brian S.
Faughnan).

Author, "Paradise Tarnished: Today's Sources of Liability Exposure for Corporate Counsel,"
Association of Corporate Counsel (formerly, American Corporate Counsel Association)
(2004 and 2005), *available at* www.acca.com.

Author, "Lawyers as Whistleblowers: The Emerging Law of Retaliatory Discharge of In-House
Counsel," Association of Corporate Counsel (formerly, American Corporate Counsel
Association) (2004 and 2005), *available at*
http://www.acca.com/protected/article/governance/wrong_discharge.pdf.

Author, "Chapter Two: Who's the Client?", In-House Legal Department Ethical and Professional
Conduct Manual, Association of Corporate Counsel (formerly American Corporate
Counsel Association) (2003), available to ACC members at
http://www.acca.com/protected/legres/conductmanual.

Co-Author, *Ethics and Lawyering Today*, 2001 to 2004 (free monthly email newsletter, hosted at
www.EthicsandLawyering.com).

Editor-in-Chief, *Tennessee Ethics Handbook* (Tennessee Bar Association Young Lawyers
Division, 1990 to present, five editions) (ABA YLD Award of Achievement, 1991).

Co-Author, 1998 to present, Tennessee Survey, *MLRC 50-State Survey: Media Libel Law* (Media
Law Resource Center.

Co-Author, 1999 to present, Tennessee Survey, *MLRC 50-State Survey: Employment Libel and
Privacy Law* (Media Law Resource Center).

9

**Publications** *(cont.)*

Co-Author, 1998 to present, Tennessee Chapter, *State Trademark and Unfair Competition Law* (International Trademark Association/Clark Boardman).

Author, "Ethics Corner: Lawyers, Lies, and Secret Taping," *MediaLawLetter* (Media Law Resource Center, November 2003).

Co-Author, "Your Ethics Roadmap," *Tenn. Bar Journal*, Dec. 2002, at 14-21, 23-24, 30, 33 (co-authored with Prof. Carl A. Pierce).

Author, "Questions and Answers About the New Tennessee Ethics Rules," *Memphis Lawyer*, Sept./Oct. 2002, at 2-4, 12.

Author, "Ethics Corner: Suing Government Clients for Fun and Profit?," *MediaLawLetter* (Libel Defense Resource Center, August 2002).

Author, "ABA Ethics 2000 Update," *In Re TLAW* (Tennessee Lawyers Association for Women, Winter 2002).

Author, "Ethics 2000: Debating the Rules," *Pretrial Practice and Discovery* (ABA Litigation Section, Committee on Pretrial Practice and Discovery, Spring 2001).

Author, "Ethics 2000: Model Rule Reform on the Horizon," *Pretrial Practice and Discovery* (ABA Litigation Section, Committee on Pretrial Practice and Discovery, Winter 2001).

Co-Author, "Updating Ethics? The Proposed Tennessee Rules of Professional Conduct, Part 2," *Tenn. Bar Journal*, May-June 1998, at 25-35 (co-authored with Prof. Carl A. Pierce).

Co-Author, "Time for a Change? The Proposed Tennessee Rules of Professional Conduct, Part 1," *Tenn. Bar Journal*, March-April 1998, at 23-30 (co-authored with Prof. Carl A. Pierce).

Author, *Guide to Resources and Materials on Professional Responsibility Issues*, 23 MEM. ST. UNIV. L. REV. 589 (1993).

Editor-in-Chief, *Tennessee Local Rules of Court* (Tennessee Bar Association Young Lawyers Division, 1993 & various supplements) (ABA YLD Award of Achievement, 1993).

Author, "Rule 11 Comes to Tennessee: The Emerging State Law of Sanctions," *Tenn. Bar Journal*, Jan.-Feb. 1992, at 24-32 (1992 Justice Joseph W. Henry Award for Outstanding Legal Writing).

10

**Publications** *(cont.)*

*Getting The Word Out: Public Relations for Local Affiliates* (American Bar Association Young Lawyers Division, 1990).

Co-author and editor of numerous articles on legal topics related to health care published in the *Memphis Health Care News* (1988 to 1997).

**Seminars and Professional Presentations** *(1999 to present)*

Presenter, "Updating the City of Memphis' Code of Ethics," Memphis City Council, Memphis, Tennessee, January 16, 2007.

Presenter, "Accidental Clients," Memphis Bar Association Labor and Employment Law Section Annual Seminar, Memphis, Tennessee, December 1, 2006.

Co-Presenter, "Out of Bounds, " Mid-South Commercial Law Institute, Nashville, Tennessee, November 15, 2006.

Moderator and Presenter, "The New Federal E-Discovery Rules: A Primer for Non-Litigators," Adams and Reese LLP, Firm Teleconference (Part III of a Series), All Offices, November 29 & 30, 2006.

Moderator and Presenter, "The New Federal E-Discovery Rules: Producing and Reviewing Electronic Materials," Adams and Reese LLP, Firm Teleconference (Part II of a Series), All Offices, November 7 & 8, 2006.

Presenter, "Accidental Clients," Tennessee Association of Construction Counsel, Nashville, Tennessee, November 3, 2006.

Moderator and Presenter, "The New Federal E-Discovery Rules: Preparing You and Your Client for the New Meet-and-Confer," Adams and Reese LLP, Firm Teleconference (Part I of a Series), All Offices, October 24 & 25, 2006.

Presenter, "Ethics for Public Defenders," Tennessee District Public Defenders Conference, Annual Training Seminar, Nashville, Tennessee, October 19, 2006.

Moderator and Presenter, "Malpractice Claims Against Expert Witnesses," Professional Education Broadcast Network, National Teleconference, October 18, 2006.

11

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Ethics Issues in Opinion Practice," American Bar Association Section of Business Law, Legal Opinion Risk Seminar, New York, New York, October 17, 2006

Presenter, "Accidental Clients or Ten (Easy?) Pieces," Miller & Martin PLLC, Nashville, Chattanooga, and Atlanta, September 15, 2006.

Co-Presenter, "Annual Review Seminar: Ethics," Tennessee Law Institute, various Tennessee locations, September 7 and 28, October 24, November 3 and 16, and December 6, 2006.

Presenter, "Working with Lawyers: Why you Should Care About Lawyer Ethics," Tennessee Association of Private Investigators, Inc., Collierville, Tennessee, August 26, 2006.

Presenter, "Ethical Issues and Financial Data," Basics of Accounting and Finance (Summer 2006), Practising Law Institute, Chicago, Illinois, July 28, 2006.

Presenter, Presentation to Memphis City Schools Communications Department Personnel on Media Law Issues (Tennessee Public Records Act and Open Meetings Law), Memphis City Schools Teaching and Learning Academy, Memphis, Tennessee, July 20, 2006.

Presenter, "The Impact of Open Records Law on Human Resources," Tennessee Personnel Management Association, Memphis, Tennessee, July 21, 2006.

Presenter, "Ethics and Attorney-Client Privilege Issues for Municipal Attorneys," Tennessee Municipal Attorneys Association, Nashville, Tennessee, June 26, 2006.

Moderator and Presenter, "Practical Ethics for Lawyers: 2006 Update, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., National Teleconference Seminars, June 27 and 28, 2006.

Moderator and Presenter, "Problem, Role Plays, and PowerPoint: Effective Tools for Teaching Ethics," 32nd National Conference on Professional Responsibility, American Bar Association, Vancouver, British Columbia, Canada, June 2, 2006.

Moderator and Panelist, "Professional Ethics and Immigration Law," Annual Immigration Seminar, Federal Bar Association and U.S. District Court for the Western District of Tennessee, Memphis, Tennessee, May 18, 2006.

Presenter, "Ethics and the Real Estate Professional: Real-Life Hypotheticals," 2006 Annual Meeting and Convention, Tennessee Land Title Association, Memphis, Tennessee, May 4, 2006.

12

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Ethics: Real-Life Hypotheticals," Lon V. Boyd Seminar, Kingsport Bar Association and Bristol Bar Association, Asheville, North Carolina, April 23, 2006.

Panelist, "Free Speech in Judicial Elections: Where Do We Draw The Line?", Memphis Lawyers' Chapter of the Federalist Society, Memphis, Tennessee, April 27, 2006.

Moderator and Producer, "Ethical Issues Facing the Young Business Lawyer," Institute for the Young Business Lawyer, ABA Section of Business Law Spring Meeting, Tampa, Florida, April 6, 2006.

Panelist, "The Impaired Lawyer from the Law Firm's Point of View," Tennessee Lawyer Assistance Program, Nashville, Tennessee, March 31, 2006.

Moderator, "Things I Hate About You . . . : Journalists and Lawyers Square Off," Law School for Journalists, U.S. District Court for the Western District of Tennessee, Memphis Bar Association, University of Memphis Law School, and University of Memphis Journalism Department, Memphis, Tennessee, March 6, 2006.

Presenter, "Access to the Courts," Law School for Journalists, U.S. District Court for the Western District of Tennessee, Memphis Bar Association, University of Memphis Law School, and University of Memphis Journalism Department, Memphis, Tennessee, March 6, 2006.

Panelist, "Judicial Recusal and Abortion Bypass Cases," Fifth Circuit Spring Meeting and Election, American Bar Association Law Student Division, Memphis, Tennessee, February 25, 2006.

Moderator and Presenter, "Ethical Issues in Civil Litigation, Parts 1 and 2," Professional Education Broadcast Network/WebCredenza, Inc., December 15-16, 2005.

Presenter, "Ethics and Environmental Law Winter Program 2005," Videoconference, Tennessee Bar Association Environmental Law Section, Memphis, Tennessee, and other locations, December 7, 2005.

Co-Presenter, "Annual Review Seminar: Ethics," Tennessee Law Institute, various Tennessee locations, September 8, 20, and 29, October 6 and 20, November 15, and December 15, 2005.

Presenter, "Ethics Primer for Attorneys and Accountants," 2005 44th Annual Arkansas Federal Tax Institute, Little Rock, Arkansas, December 2, 2005.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Panelist, "Lawyer Ethics v. Judicial Ethics: Lies! And The Lawyers and Clients Who Tell Them," Justice Programs, Jackson, Tennessee, November 30, 2005.

Presenter and Moderator, "Law Firm Internal Investigations: Principles and Privilege," 2005 Large Law Firm Symposium, AON Risk Services, Chicago, Illinois, October 19, 2005.

Co-Presenter, "Corporate Counsel in the Crosshairs," Tennessee Chapter, Association of Corporate Counsel, Memphis, Tennessee, October 7, 2005.

Presenter, "Grading ABA Leadership on Legal Ethics: State Adoption of the Revised ABA Model Rules of Professional Conduct," Oklahoma City University Law School Ethics Conference, Oklahoma City, Oklahoma, September 23, 2005.

Panelist, "Ethics for Environmental Practitioners," ABA Section of Administrative and Regulatory Practice, ABA Annual Meeting, Chicago, Illinois, August 5, 2005.

Moderator and Panelist, "ABA Model Rules: A Practical Update on Ethics for Practicing Attorneys, Part 2," Professional Education Broadcast Network/WebCredenza, Inc., June 29, 2005.

Moderator and Panelist, "ABA Model Rules: A Practical Update on Ethics for Practicing Attorneys, Part 1," Professional Education Broadcast Network/WebCredenza, Inc., June 28, 2005.

Panelist, "We Have Met The Enemy and It Is Us: Ethics and Impaired Lawyers," Tennessee Judicial Conference, Knoxville, Tennessee, June 16, 2005.

Panelist, "Real Justice and Reel Justice," 124th Annual Convention, Tennessee Bar Association, Knoxville, Tennessee, June 17, 2005.

Presenter, "Where Were The Lawyers?" ABA BLS Bar Leaders Conference, Chicago, Illinois, May 11, 2005.

Presenter, "Coming to a Neighborhood Near You: Proposed Revisions to the Missouri Rules of Professional Conduct," Bryan Cave, LLP, St. Louis, Missouri, May 7, 2005.

Presenter, "Just Sign Here. . . : Conflict Waivers and Engagement Letters Under the Tennessee Rules of Professional Conduct," Miller & Martin Academy, Miller & Martin, PLLC, Nashville, Tennessee, April 29, 2005.

14

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Coming Soon to a Neighborhood Near You: Proposed Revisions to the Ohio Rules of Professional Conduct," Current Issues in Business Law, Cincinnati Bar Association, Cincinnati, Ohio, April 8, 2005.

Presenter, "Coming Soon to a Neighborhood Near You: Proposed Revisions to the Ohio Rules of Professional Conduct," Litigation Section, Dinsmore & Shohl LLP, Cincinnati, Ohio, April 8, 2005.

Presenter, "Just Sign Here. . . : Conflict Waivers Under the Proposed Arkansas Rules of Professional Conduct," Arkansas Trial Lawyers Association, Jonesboro, Arkansas, February 18, 2005.

Co-Presenter, "1st Annual Lawyer Ad Film Festival," The Leo Bearman, Sr. American Inn of Court, Memphis, Tennessee, February 8, 2005.

Co-Presenter, "On the Road: The Ethical Perils of Multi-Jurisdictional Practice," Media Law Resource Center and Southwestern Law School, Los Angeles, California, January 27, 2005.

Co-Presenter, "The Attorney as Whistleblower Provision and Other Ethical Considerations," Practising Law Institute, New York, January 20, 2005.

Presenter, "Legal Ethics in Arkansas: Just Sign Here . . . : Conflict Waiver and Engagement Letters Under the Arkansas Rules of Professional Conduct," Lorman Education Services, Little Rock, January 18, 2005.

Panelist, "TBA Environmental Law," Tennessee Bar Association, Video Conference, December 14, 2004.

Presenter, "TBA Annual Ethics Roadshow: Just Sign Here . . . : Conflict Waiver and Engagement Letters Under the Tennessee Rules of Professional Conduct," Tennessee Bar Association, Nashville, Knoxville, and Chattanooga, Tennessee, December 9, 16, and 17, 2004.

Producer, Moderator, and Presenter, "The New World of Lawyering: Recent Developments and an Introduction" and "The New World of Lawyering: A Bad Day at Berlanger Industries," 25th Annual Mid-South Commercial Law Institute, Nashville, Tennessee, December 3, 2004.

Presenter, "How the New Rules Affect Real Estate Closings in Tennessee," Southern Title Insurance Company, Nashville, Tennessee, November 16, 2004.

15

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Ethics Primer for Attorneys and Accountants," 55th Annual Tennessee Federal Tax Institute, Nashville, Tennessee, November 10, 2004.

Moderator, "When 'Jeopardy' Is No Longer a Game Show: Safeguarding Against Personal, Professional, and Fiduciary Liability," Closing Plenary, Annual Meeting, Association of Corporate Counsel, Chicago, Illinois, October 27, 2004.

Moderator, "Just Sign Here . . .: Conflict Waivers Under the Tennessee Rules of Professional Conduct," 16th Annual Health Law Forum, Tennessee Bar Association Health Law Section, Nashville, Tennessee, October 22, 2004.

Panelist, "The Regulation of Attorney Conduct," Symposium: 21st Century Law, Technology & Ethics, University of Memphis Law Review, University of Memphis Cecil C. Humphreys School of Law, Memphis, Tennessee, October 15, 2004.

Panelist, "An Ethical Perfect Storm: Corporate Obligations Bring Together Ethical Codes of Conduct, Sarbanes-Oxley and Global Warming (Including a Case Study Involving the Petroleum Industry)," ABA Section of Environment, Energy, and Resources, 12th Section Fall Meeting, San Antonio, Texas, October 9, 2004.

Moderator and Panelist, "When the Experts Get It Wrong: Malpractice Claims Against Expert Witnesses," Professional Education Broadcast Network/WebCredenza, Inc., September 14, 2004.

Co-Presenter, "Annual Review Seminar: Ethics," Tennessee Law Institute, various Tennessee locations, September 2, 16, and 23, October 12, November 4 and 18, and December 8, 2004.

Panelist, "Ethics for the Environmental Practitioner," ABA Section of Administrative Law and Regulatory Practice and ABA Standing Committee on Environmental Law, ABA Annual Meeting, Atlanta, Georgia, August 7, 2004.

Moderator and Panelist, "Timekeeping and Billing for Fun, Profit and Happiness: Firm Policies, Management and Culture," Association of Professional Responsibility Lawyers Annual Meeting, Atlanta, Georgia, August 7, 2004.

Presenter, "Hot Topics: Recent Proposals to Amend Arkansas Ethics," Arkansas Trial Lawyers Association, Fayetteville, Arkansas, June 24, 2004.

Panelist, "SONREEL Teleconference," MJP and Environmental Practice, American Bar Association, June 15, 2004.

**<u>Seminars and Professional Presentations</u>** *(1999 to present; cont.)*

Panelist, "Ethical Considerations in the Trial Consultant's Practice," 2004 National Conference, American Society of Trial Consultants, Memphis, Tennessee, June 12, 2004.

Presenter, "Whistleblowing in the Wind: Retaliatory Discharge of Lawyers Who Follow the Ethics Rules," ABA National Conference on Professional Responsibility, Naples, Florida, June 7, 2004.

Presenter, "What We Talk About When We Talk Legal Ethics, and Why We Do It," Champions of Professionalism Series, Memphis Bar Association, Memphis, Tennessee, May 14, 2004.

Presenter, "Contract Attorneys: Business and Ethical Issues in Hiring Contract Lawyers," International Paper Company, Memphis, Tennessee, May 13, 2004.

Presenter, "An Update on Multijurisdictional Practice, Amendment of Rules 1.6 and 1.13 in the States Following ABA Adoption in August 2003," 2004 Business Bar Leaders Conference, Chicago, Illinois, May 12, 2004.

Producer and Moderator, "Emerging Responsibilities and Liabilities of the CLO When a Company Goes Awry," ABA Section of Business Law Spring Meeting, Seattle, Washington, April 3, 2004.

Presenter, "Coming Attractions: Proposed Revisions to the Arkansas Rules of Professional Conduct," Arkansas Trial Lawyers Association, Jonesboro, Arkansas, February 20, 2004.

Presenter, "Contract Attorneys: Business and Ethical Issues in Hiring Contract Lawyers," Federal Express Corp. Law Department and West Tennessee Legal Services, Inc., Memphis, Tennessee, February 18, 2004.

Presenter, "Conflicts of Interest Workshop," Vanderbilt University Law Department, Nashville, Tennessee, January 30, 2004.

Presenter, "Contract Attorneys: Business and Ethical Issues in Hiring Contract Lawyers," West Tennessee Legal Services, Inc., Jackson, Tennessee, January 21, 2004.

Presenter, "New Tennessee Rules of Professional Conduct," Tennessee Bar Association Business Law Section, Memphis, Tennessee, December 16, 2003.

Moderator, "End of Year Ethics Update: New Rules and New Challenges," WebCredenza/Bar Association Teleseminar, December 9, 2003.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Co-Presenter, "Annual Review Seminar: Ethics," Tennessee Law Institute, various Tennessee locations, September 4, 11, 18, and 25, October 2 and 14, and November 21, 2003.

Presenter, "Just Sign Here . . .: Conflict Waivers Under the New Tennessee Rules of Professional Conduct," Tennessee Land Title Association and Tennessee Bar Association, Nashville, Tennessee, November 14, 2003.

Presenter, "Just Sign Here . . .: Conflict Waivers Under the New Tennessee Rules of Professional Conduct," Memphis Bar Association Real Estate Section, Memphis, Tennessee, November 12, 2003.

Presenter, "Just Sign Here . . .: Conflict Waivers Under the New Tennessee Rules of Professional Conduct," Mid-South Commercial Law Institute, Nashville, Tennessee, November 6, 2003.

Presenter, "Conflict Waivers Under the New Tennessee Rules of Professional Conduct: Real-Life Hypotheticals," Annual Real Estate Continuing Education Seminar, First American Title, various Tennessee locations, October 8, 9, 15, and 16, 2003.

Producer, Moderator, Presenter, "Business Lawyering Post-Enron: What You Need to Know About the SEC, the ABA, and Tennessee's New Rules," Second Annual Judge Jerome Turner Seminar, Memphis Bar Association, Memphis, Tennessee, October 10, 2003.

Presenter, "Business and Ethical Issues in Hiring Contract Lawyers," Memphis Bar Association, Memphis, Tennessee, September 17, 2003.

Presenter, "ABA Ethics 2000: Coming Soon to a Jurisdiction Very Near You," Region IV Annual Conference, National Association of Legal Secretaries, Memphis, Tennessee, July 19. 2003.

Producer and Moderator, "Life in the Trenches: Exploring a Conflict of Interest in Three Acts," 122nd TBA Annual Convention, Tennessee Bar Association, Memphis, Tennessee, June 13, 2003.

Presenter, "The Ethics and Lawyering Roadshow," 24th Annual Bench and Bar Conference, Bar Association of Metropolitan St. Louis, Lake of the Ozarks, Missouri, June 6, 2003.

Presenter, "Truth and Lies: Are the Rules Different for Lawyers?" 29th National Conference on Professional Responsibility, American Bar Association, Chicago, Illinois, May 31, 2003.

Presenter, "Lawyers as Accomplices," 29th National Conference on Professional Responsibility, American Bar Association, Chicago, Illinois, May 29, 2003.

18

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Presenter, "Tennessee Rules of Professional Conduct," Memphis Legal Secretaries' Association, Memphis, Tennessee, March 13, 2003.

Presenter, "Tennessee Rules of Professional Conduct," Liaison Committee of the U.S. Bankruptcy Court for the Western District of Tennessee, Eastern Division at Jackson, and Jackson-Madison County Bar Association, Jackson, Tennessee, March 6, 2003.

Presenter, "Tennessee Rules of Professional Conduct," Tennessee General Sessions Judges Conference, Nashville, Tennessee, February 26, 2003.

Co-Presenter, "30 Top Tips for Avoiding Techno.Trouble: Ethics and Malpractice Issues," Tennessee Bar Association, Nashville, Tennessee, January 23, 2003.

Presenter and Panelist, "The Final Word on Ethics 2000," *ABA Journal* and Various ABA Entities, National Teleconference (more than 5,000 registrants, highest registration in ABA Connection program history; more than 3,600 attending, highest attendance in program history), December 18-19, 2002.

Presenter, "Tennessee Rules of Professional Conduct," Thomason Hendrix Harvey Johnson & Mitchell, Memphis, Tennessee, December 13, 2002.

Presenter, "Things Every Tennessee Labor and Employment Lawyer Should Know About the New Ethics Rules," Memphis Bar Association Labor and Employment Section, Memphis, Tennessee, December 6, 2002.

Presenter, "Tennessee Rules of Professional Conduct," Memphis Bar Association, Memphis, Tennessee, December 5, 2002.

Panelist, "Preventing Legal Malpractice Claims and Ethics Complaints in General Practice," Tennessee Bar Association and American National Lawyers Insurance Reciprocal (ANLIR), Memphis, Tennessee, December 4, 2002.

Presenter, "Tennessee Rules of Professional Conduct," Inn of Court, Memphis, Tennessee, December 3, 2002.

Author, "The New Ethics Rules: A Comprehensive Tour" (4-hour online course), Tennessee Bar Association, www.tba.org (over 1500 one-hour segments taken in first 45 days online).

Producer, Moderator, and Presenter, "Tennessee Rules of Professional Conduct: A Comprehensive Review," Tennessee Bar Association, various Tennessee locations, November 5, 6, 7, 12, 13, and 14, 2002 (over 800 attendees).

19

**Seminars and Professional Presentations _(1999 to present; cont.)_**

Co-Presenter, "Annual Review Seminar: Ethics," Tennessee Law Institute, various Tennessee locations, September 12, 15, and 26, October 3, 10, and 25, and November 19, 2002.

Moderator and Presenter, "Problems Involving Firm Lawyers: The Duty to Report Rogues," Association of Professional Responsibility Lawyers Annual Meeting, Washington, D.C., August 9, 2002.

Presenter, "Legal Ethics: Real-Life Hypotheticals," National Association of Legal Assistants Annual Convention, Savannah, Georgia, July 13, 2002.

Presenter, "Ethics 2002," Anheuser-Busch Companies, Inc., Law Department Annual Meeting, Lake of the Ozarks, Missouri, July 11, 2002.

Presenter, "Ethics 2000," National Conference on Professional Responsibility, American Bar Association, Vancouver, B.C., Canada, June 1, 2002.

Presenter, "The Revised ABA Model Rules of Professional Conduct and the Professional Responsibilities of Lawyers Representing Debtors and Creditors," Bankruptcy Bar Association of the Southern District of Florida, Palm Beach, Florida, May 12, 2002.

Presenter, "Ethics 2000: Why We Fight," Tennessee Law Review and the University of Tennessee College of Law Center for Advocacy and Dispute Resolution, Knoxville, Tennessee, April 4, 2002.

Presenter, "Ethics Seminar 2002," Bryan Cave LLP, St. Louis, Missouri, March 30, 2002.

Presenter, "Workshop: Ethics in Commercial Transactions," Mid-South Commercial Law Institute 22nd Annual Seminar, Nashville, Tennessee, November 16, 2001.

Presenter, "Hot Topics in Real Estate: Ethics and Dirt Lawyering In the New Millennium," Tennessee Land Title Association and Tennessee Bar Association, Nashville, Tennessee, November 8, 2001.

Presenter, "Will the Bold Be Not So Beautiful? The Future of Lawyer Regulation," Dorsey & Whitney 12th Annual Corporate Counsel Seminar, Minneapolis, Minnesota, October 24, 2001.

Panelist, "Ethics and the Proposed Tennessee Rules of Professional Conduct," Tennessee Law Institute, Memphis, Tennessee, October 18, 2001.

Presenter, "2001 CLE Seminar: Selected Ethical Issues for Government Lawyers," United States Attorney's Office, Memphis, Tennessee, October 18, 2001.

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Panelist, "The 2001 Legal Ethics Conference - Legal Ethics: What Needs Fixing?," Hofstra University School of Law, Hempstead, New York, September 9-11, 2001.

Presenter, "Tennessee's Ethics Horizon: The TBA's Proposed New Rules," West Tennessee Legal Services, Inc. Pro Bono Project, Selmer, Tennessee, August 15, 2001.

Presenter, "Ethics: Candor in Negotiations, Confidentiality, and Conflicts," Association for Women Attorneys, Memphis, Tennessee, July 26, 2001.

Presenter and Panelist, "The ABA Ethics 2000 Commission: Proposals Significant to Large Law Firms," Annual General Meeting, Attorneys' Liability Assurance Society, Inc., Bermuda, June 23, 2001.

Presenter and Panelist, "Changing the ABA Model Rules on Ethics: An Update," *ABA Journal* and Various ABA Entities, National Teleconference (more than 3,600 registrants -- highest registration in ABA Connection program history), May 16-17, 2001.

Presenter, "Internet Access to Court Records," U.S. District Court for the Western District of Tennessee, Memphis, Tennessee, April 27, 2001.

Presenter, "Tennessee's Legal Ethics Horizon: The TBA's Proposed New Rules," Greater Memphis Paralegal Alliance, Memphis, Tennessee, April 20, 2001.

Presenter, "Tennessee's Ethics Horizon: The TBA's Proposed New Rules," Tennessee Judicial Conference, Montgomery Bell State Park, Burns, Tennessee, April 18, 2001.

Panelist, "Multijurisdictional Practice and Interstate Cooperation," The Role of the Court in Improving Lawyer Conduct and Professionalism ("Rancho Bernardo II"), ABA Center for Professional Responsibility, Del Mar, California, March 24, 2001.

Presenter, Moderator, and Producer, "Sneaking Around: Practicing Law Across State Lines," Memphis Bar Association, First Annual Judge Jerome Turner Ethics Seminar, Memphis, Tennessee, February 22, 2001.

Presenter, "What Every Lawyer Should Know About Ethics 2000: Highlights of the Proposed Changes to the ABA Model Rules of Professional Conduct," American Bar Association Center for Professional Responsibility, American Bar Association MidYear Meeting, San Diego, California, February 18, 2001.

Presenter and Panelist, "New Frontiers in Ethics: The Proposed Tennessee Rules of Professional Conduct and Other Adventures," Mid-South Commercial Law Institute, Nashville, Tennessee, November 17, 2000.

Presenter, "An Ethics Update & Another Idiosyncratic Tour of the Internet," Memphis Paralegal Association, Memphis, Tennessee, November 8, 2000.

Presenter, "Ethics 2000 Presentation," Indianapolis Bar Association, Indianapolis, Indiana, November 1, 2000.

Panelist, "Ethical Hazards in Today's Legal Environment: A Showcase of Pitfalls and Solutions for Practicing Lawyers," 8th Section Fall Meeting, American Bar Association Section of Environment, Energy, and Resources, New Orleans, Louisiana, September 23, 2000.

Presenter, "Conflicts of Interest and Disinterestedness," Chapter 7 Panel U.S. Trustee Training Western District of Tennessee, Memphis, Tennessee, September 22, 2000.

Presenter and Panelist, "The New Ethics Rules: A Report on the Work of the ABA Ethics 2000 Commission," National Convention, Federal Bar Association, Cleveland, Ohio, September 21, 2000.

Presenter, "Ethics 2000: Real-Life Hypotheticals," Association for Women Attorneys, Memphis, Tennessee, June 29, 2000.

Presenter, "Ethics 2000," National Conference on Professional Responsibility, American Bar Association, New Orleans, Louisiana, June 3, 2000.

Presenter, "Ethical Issues in Employment Law," Annual Labor and Employment Law Forum, Tennessee Bar Association, Nashville, Tennessee, May 9, 2000.

Presenter, "The Ethics Horizon: Tennessee and the ABA," Annual Federal Practice Seminar, U.S. District Court for the Western District of Tennessee and Federal Bar Association, Memphis, Tennessee, April 28, 2000.

Panel Moderator and Presenter, "Raising Capital: The Ethical Perspective," Annual Corporate and Business Law Forum, Tennessee Bar Association, Nashville, Tennessee, April 14, 2000.

Presenter, "Real-Life Hypotheticals," Greater Memphis Paralegal Alliance, Memphis, Tennessee, April 7, 2000.

Presenter, "The Ethics Horizon: Tennessee and the ABA," Federal Bar Association, March 3, 2000.

Presenter, "Unauthorized Practice of Law," Attorneys' Liability Assurance Society, Nationwide Teleconference Seminar, December 2, 1999.

22

**Seminars and Professional Presentations** *(1999 to present; cont.)*

Panel Moderator and Presenter, "Ethics 1999: Real-Life Hypotheticals, Real-Life Answers," Memphis Bar Association, Memphis, Tennessee, November 12, 1999.

Presenter, "Legal Ethics Under the Proposed Tennessee Rules of Professional Conduct -- Transactional and Bankruptcy Practice," Mid-South Commercial Law Institute, Nashville, Tennessee, November 5, 1999.

Presenter, "Legal Ethics," Greater Memphis Paralegal Alliance, Memphis, Tennessee, September 16, 1999.

Presenter, "A Quick, Idiosyncratic Tour of the Internet," Greater Memphis Paralegal Alliance, Memphis, Tennessee, September 16, 1999.

Presenter, "ABA Ethics 2000," Annual General Meeting, Attorneys' Liability Assurance Society, Toronto, Canada, June 25, 1999.

Panel Moderator and Presenter, "Ethical Issues in Employment Law," Annual Labor and Employment Law Forum, Tennessee Bar Association, Nashville, Tennessee, May 14, 1999.

Presenter, "Ethics for the Business Lawyer," Annual Corporate and Business Law Forum, Tennessee Bar Association, Nashville, Tennessee, April 30, 1999.

Presenter, "Legal Ethics," Greater Memphis Paralegal Alliance, Memphis, Tennessee, April 21, 1999.

Presenter, "TBALink," Tennessee Judicial Conference, Dickson, Tennessee, April 9, 1999.

Moderator and Presenter, "Legal Ethics Potpourri," Tennessee Valley Public Power Association, Nashville, Tennessee, February 12, 1999.

## **Community Activities**

Democratic Policy Council
    Board of Directors                               1999 to 2002

Memphis Race Relations & Diversity Institute
    Member, Executive Committee              1998 to 1999
    Member, Board of Directors                1998 to 1999

Princeton Alumni Association of Memphis
    Alumni Schools Committee                 1985 to 1997
    Regional Chair, Princeton University
        Annual Giving Campaign                1987 to 1989

Memphis Public Affairs Council
    Co-Founder, Program Chairman, and
        Member of Board of Directors          1986 to 1990

Methodist Hospitals of Memphis, Inc.
    Institutional Review Committee             1987 to 1989

Shelby County Democratic Party
    County Committee                          1987 to 1989
    Chair, Convention Credentials Committee     1989
    Co-Chair, Convention and Rules
        Subcommittee                        1987 to 1989

Girls, Incorporated
    Sustaining Member                       1988 to Present

K:\Users\PERALT\Do Not Import\ResumeFull.wpd(8/06)